# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM F. PAGE,<br><br>　　　　Defendant. | Case No. 2:05-mj-00827-PAL<br><br>ORDER FOR DISMISSAL<br>AND QUASHING WARRANT |

　　　Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses with prejudice complaint filed against defendant William F. Page.  Government also requests the warrant issued on December 27, 2005 for Failure to Appear be quashed.

DATED this __6th__ day of July, 2020.

　　　　　　　　　　　　　　　　　　　NICHOLAS A. TRUTANICH
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　/s/ Rachel Kent

　　　　　　　　　　　　　　　　　　　RACHEL L. KENT
　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

　　　Leave of Court is granted for the filing of the foregoing dismissal.

　　　DATED this __22nd__ day of July, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1